COMMONWEALTH OF KENTUCKY
BOARD OF CLAIMS
f/k/a KENTUCKY CLAIMS COMMISSION
CLAIM NO. CC-19-0865

THERESA AND DAVID PADGETT
d/b/a SUPER CLEAN AUTO SPA,
SOUTHERN GRACE B&B, and
THE BARN                                                                                                          CLAIMANTS

v.            **FINAL ORDER ADOPTING RECOMMENDED ORDER**

COMMONWEALTH OF KENTUCKY
FINANCE AND ADMINISTRATION CABINET
DEPARTMENT OF REVENUE and
REBECCA RICHARDSON IN HER OFFICIAL CAPACITY
AS MEADE COUNTY PROPERTY VALUATION
ADMINISTRATOR                                                                                                RESPONDENTS

\* \* \* \* \* \* \* \* \* \* \* \* \*

This matter comes before the Board upon receipt of a Recommended Order issued by Hearing Officer Shawn D. Chapman, in which he recommends dismissal of this claim because it is barred by the exclusive remedy provision in KRS 131.081(14), and the exclusive remedy for any disputes regarding overtaxation are within the primary and exclusive jurisdiction of the Board of Tax Appeals. Additionally, Hearing Officer Chapmen recommends dismissal of all the Padgetts' claims that occurred prior to 2019 because these claims were not timely brought under KRS 49.220. The Padgetts, through counsel, were informed of their right to submit Exceptions to the Recommended Order, but declined to do so.

The Board, having considered the same at its June 26, 2022 meeting, and being otherwise sufficiently advised, HEREBY ACCEPTS the Recommended Order, which is incorporated by reference herein, and ADOPTS it as the Agency's Final Order without modification.

Accordingly, IT IS HEREBY ORDERED that this claim is DISMISSED WITH PREJUDICE. This is a final and appealable order with no just cause for delay.

SO ORDERED this 13th day of July, 2022.

FULL BOARD CONCURRING

*/S/ Joshua Hicks* (electronically)<br>
Joshua Hicks, Interim Chair<br>
Board of Claims

## APPEAL RIGHTS

Pursuant to KRS 49.150, an award or judgment of the Board of Claims may be appealed by filing a petition for judicial review in the Circuit Court with venue, in accordance with KRS 49.080, within thirty (30) days from service of the Final Order.

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the foregoing Final Order was mailed via U.S. Mail, postage prepaid, and emailed on this 13th day of June, 2022, to counsel for the Claimant at: parker@ccgattorneys.com; 10343 Linn Station Rd, Ste. 100, Louisville, KY 40223, emailed only to counsel for the Respondent at: richard.bertelson@ky.gov, jbroberts@bbtel.com; and emailed only to Hearing Officer Chapman at ShawnD.Chapman@ky.gov.

*/S / Shelby Bevins-Sullivan* (electronically)<br>
Shelby Bevins-Sullivan, Attorney<br>
Board of Claims<br>
500 Mero Street, 2SC1<br>
Frankfort, KY 40601<br>
sbevinssullivan@ky.gov<br>
(502) 782-3556 - Office