EXBT. 2

**COMMONWEALTH OF KENTUCKY**
**OFFICE OF THE GOVERNOR**

Andy Beshear
GOVERNOR

Capitol Building, Suite 100
700 Capitol Avenue
Frankfort, KY 40601
(502) 564-2611
Fax: (502) 564-2517

February 21, 2022

Theresa Padgett
325 Kirchdorfer Road
Brandenburg, KY 40108
Via: theresa@southerngracebb.com

Re: February 18, 2022, Open Records Request

Dear Ms. Padgett,

This letter is in response to your February 18, 2022 open records request received by the Office of the Governor on the same day. In your request, you asked for:

any logs of visits to Governor Steve Beshear by former State Representative Jeff Greer and or Meade County Judge Executive Gerry Lynn discussing a pardon or restoration of Civil Rights for Susan Masterson, AKA Susan Hager, AKA Susan Lasley, between October 2014 and Feb 28, 2016. . . . [A]ny and all evidence or documentation that resulted in a partial Civil Rights Restoration to Susan Masterson, AKA Susan Lasley, AKA Susan Hager . . . dated Feb. 26th 2015. . . . [A]ny application submitted by Susan Masterson for a pardon or Civil Rights Restoration. . . . [A]ny supporting letters or documents that resulted in the partial civil rights restoration.

After a diligent search, this office has not located any records. Please note this Office caused a search for responsive records to be conducted at the Kentucky Department for Libraries and Archives and conducted a search of the Executive Journal maintained by the Secretary of State. The individual was not among the names listed on February 26, 2015 Restorations maintained by the KDLA and the name is not found in the Executive Journal for any pardon, commutation or restoration.

If you wish to appeal this decision, you may do so by filing a complaint with the Office of the Attorney General, Open Records/Open Meetings, The Capitol, 700 Capitol Avenue, Suite 118, Frankfort, KY 40601, pursuant to KRS 61.880(2), or by filing an original action in Franklin Circuit Court under KRS 61.882. If you first appeal to the Attorney General but are dissatisfied with the Attorney General's decision, you may further appeal to Circuit Court pursuant to KRS 61.880(5).

An Equal Opportunity Employer M/F/D

Sincerely,

/s/ *Taylor Payne*

Taylor Payne
Deputy General Counsel