**EXBT 3**

NOT ORIGINAL DOCUMENT
05/12/2023 08:56:53 AM
BEREASTUDENT856@GMAIL.C

*COMMONWEALTH OF KENTUCKY*

# UNIFORM CITATION

**COURT**

## OFFENDER / VIOLATOR

- **AGENCY:** MEADE COUNTY SHERIFF DEPT.
- **ORI:** 0820000
- **ATTN:** ☐
- **NAME: LAST, FIRST, MI, FILIAL:** PADGETT, THERESA L
- **HOME PHONE:** UNKNOWN
- **ALIAS NAME:**
- **EMERGENCY PHONE:**
- **ADDRESS:** 325 KIRCHDORFER LAND
- **KENTUCKY RESIDENT STATUS:** ☐ F: FULL-TIME  ☐ P: PART-TIME  ☐ N: NON RESIDENT
- **CITY:** BRANDENBURG
- **STATE:** KY
- **ZIP:** 40108
- **MARITAL STATUS:**
- **VICTIM'S RELATIONSHIP TO OFFENDER:**
- **ID TYPE:** OPERATOR'S LICENSE
- **ID ST:** KY
- **ID NUMBER:** P95477460
- **S.S. NUMBER:** 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
- **HEIGHT:** 5' 10"
- **WEIGHT:**
- **HAIR COLOR:** GRAY OR
- **EYE COLOR:** BLUE
- ☐ COMMERCIAL VEHICLE   ☐ PLACARDED HAZARDOUS VEHICLE
- **ETHNIC ORIGIN:** ☐ HISPANIC  ☑ NON HISPANIC
- **ALCOHOL/DRUG INVOLVEMENT:** ☐ ALCOHOL  ☐ DRUGS  ☐ UNKNOWN
- **DATE OF BIRTH:** 03 31 1959
- **SEX:** ☐ MALE  ☑ FEMALE
- **RACE:** ☑ WHITE  ☐ BLACK  ☐ AM. INDIAN OR ALASKA  ☐ ASIAN
- **B.A. RESULTS:** BREATH / BLOOD / URINE
- **PLACE OF EMPLOYMENT / OCCUPATION:**

## VEHICLE

(blank)

## DATE / TIME

- **VIOLATION DATE:** 01 24 2023
- **VIOLATION TIME:** 3:33 PM
- **EXACT LOCATION OF VIOLATION:** 516 COURT HOUSE DR
- **CITY:** BRANDENBURG
- **COUNTY:** MEADE

## CHARGES AND POST-ARREST COMPLAINT

| NUMBER | VIOLATION CODE | ASCF | STATUTE/ORD. | CHARGE(S) | STARTING CASE | ENDING CASE | DRUG TYPE |
|---|---|---|---|---|---|---|---|
| 1 of 1 | 90000 | 0 | | 1 | | | |

**POST-ARREST COMPLAINT**

Charge 1: VIOLATION OF COUNTY ORDINANCE

On 30 January 2023 at 1530 HRS I made contact with the above individual.

Criminal Summons
Warrant #: E08210004423395
Court: District
County: Meade

This Deputy knows nothing of this case.

## COURT

- **COURT DATE:** 02 08 2023
- **COURT TIME:** 9:00 AM
- ☐ PAYABLE  ☑ COURT
- **COURT LOCATION:** MEADE
- **TOTAL PREPAYABLE AMOUNT:** NOT PREPAYABLE
- **YEAR:** 23
- **CONTROL NUMBER:** DY92535
- **TYPE:** 4

## CASE

- WITNESS 1 / WITNESS 2: (blank)
- ☐ SERVING WARRANT FOR OTHER AGENCY  **SPECIFY:** -
- **OFFICER SIGNATURE:** Pesis, B.
- **BADGE/I.D. NUMBER:** 930
- **ASSIGNMENT:**
- ☐ VIDEO  ☐ FINGERPRINTS  ☐ PHOTOS  ☐ EVIDENCE HELD