Case 3:24-cv-00357-RGJ-RSE   Document 1-4   Filed 06/14/24   Page 1 of 1 PageID #: 20

Page 1 of 1

EXB1 4

NOT ORIGINAL DOCUMENT
06/11/2024 06:35:02 PM
ZJSMITHLAW@PROTONMAIL.C

**COMMONWEALTH OF KENTUCKY**

# UNIFORM CITATION

COURT TYPE

## OFFENDER / VIOLATOR

| Field | Value |
|---|---|
| AGENCY | MEADE COUNTY SHERIFF DEPT. |
| ORI | 0820000 |
| NAME: LAST, FIRST, MI, FILIAL | BENHAM, THOMAS ANTHONY |
| ATTN | ☐ |
| HOME PHONE | UNKNOWN |
| ALIAS NAME | |
| EMERGENCY PHONE | |
| ADDRESS | 445 BERRYMAN RD |
| KENTUCKY RESIDENT STATUS | F: FULL-TIME ☐  P: PART-TIME ☐  N: NON RESIDENT ☐ |
| CITY | BRANDENBURG |
| STATE | KY |
| ZIP | 40108 |
| MARITAL STATUS | |
| VICTIM'S RELATIONSHIP TO OFFENDER | |
| ID TYPE | NONE |
| ID ST | |
| ID NUMBER | |
| S.S. NUMBER | 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 |
| HEIGHT | |
| WEIGHT | |
| HAIR COLOR | BROWN |
| EYE COLOR | GREEN |
| COMMERCIAL VEHICLE | ☐ |
| PLACARDED HAZARDOUS VEHICLE | ☐ |
| ETHNIC ORIGIN | HISPANIC ☐   NON HISPANIC ☑ |
| ALCOHOL/DRUG INVOLVEMENT | ALCOHOL ☐  DRUGS ☐  UNKNOWN ☐ |
| DATE OF BIRTH | 02 07 1964 |
| SEX | ☑ MALE  ☐ FEMALE |
| RACE | ☑ WHITE  ☐ BLACK  ☐ AM. INDIAN OR ALASKA  ☐ ASIAN |
| B.A. RESULTS | BREATH / BLOOD / URINE |
| PLACE OF EMPLOYMENT / OCCUPATION | |

## VEHICLE

(blank)

## DATE / TIME

| Field | Value |
|---|---|
| VIOLATION DATE | 11 03 2022 |
| VIOLATION TIME | 10:39 AM |
| EXACT LOCATION OF VIOLATION | 445 BERRYMAN RD |
| CITY | BRANDENBURG |
| COUNTY | MEADE |
| ARREST DATE | |
| TIME OF ARREST | |

## CHARGES AND POST-ARREST COMPLAINT

| NUMBER | VIOLATION CODE | ASCF | STATUTE/ORD. | CHARGE(S) |
|---|---|---|---|---|
| 1 of 3 | 02617 | 0 | 511.080 | 1 |
| 2 of 3 | 80000 | 0 | ***.*** | 1 |
| 3 of 3 | 00307 | 0 | 189.751 | 1 |

**POST-ARREST COMPLAINT**

Charge 1: CRIMINAL TRESPASSING-3RD DEGREE
Charge 2: LOCAL VIOLATION CODES 80000-80999
Charge 3: ABANDONMENT OF VEHICLE ON PUBLIC ROAD

Subject was advised to move a mobile home off the easement/ right of way on Berryman Rd. The mobile home is encroaching on the right of way and the upper portion extends to the roadway edge violating coutny ordinance. Benham was given an appropriate time to move the mobile home and did not comply. He was given a criminal trespass warning for the right of way. The mobile home has been on the right of way since July 2022.

The point of contact for citation for Meade County Sheriff's Office is Detective Josh Conner.

Citing Deputy has no knowledge of this case.

## COURT

| COURT DATE | COURT TIME | PAYABLE | COURT LOCATION |
|---|---|---|---|
| 11 09 2022 | 9:00 AM | ☐ PAYABLE  ☑ COURT | MEADE |

TOTAL PREPAYABLE AMOUNT: **NOT PREPAYABLE**

YEAR: 22
CONTROL NUMBER: ED07278
TYPE: 2

## CASE

WITNESS 1 / WITNESS 2: (blank)

SERVING WARRANT FOR OTHER AGENCY ☐   SPECIFY: -

VIDEO ☐  FINGERPRINTS ☐  PHOTOS ☐  EVIDENCE HELD ☐

OFFICER SIGNATURE: Hopkins, D.
BADGE/I.D. NUMBER: 927
ASSIGNMENT: