#1



# Meade County Fiscal Court 

# Case Report

## 05/06/2018 - 05/06/2023

| Case # | Case Date | Main Status | Type of Complaint | Description | Parcel Address |
|---|---|---|---|---|---|
| 202300004 | 12/1/2022 | Open | Property Maintenance Complaint | | 7515 HWY 60-EKRON |
| 202300003 | 3/1/2023 | Open | Property Maintenance Complaint | Abandoned Property | 98 FIRST ST-GUSTON |
| 202300002 | 2/8/2023 | Open | Property Maintenance/Zoning Complaint | Building without a permit | 3966 FLAHERTY RD-VG |
| 202300001 | 1/6/2023 | Open | Property Maintenance Complaint | Two vehicles mid 70s model, chevy truck black, blue honda civic, tree brush, garbage, trash, roof fallen in on an assessory building in the rear of property. Motorcycle not running. | 1555 CHRISTIAN CHURCH RD-B'BURG |
| 202200096 | 12/9/2022 | Open | Zoning Complaint | Building to close to the property line | 150 LOBLOLLY LN. |
| 202200095 | 12/14/2022 | Closed | Zoning Complaint | RV Park being built | 202 LEES LN-B'BURG |
| 202200094 | 10/3/2022 | Open | Property Maintenance/Zoning Complaint | Not following set Backs | BATTLETOWN RD-KY 228/OHIO RIVER |
| 202200093 | 12/1/2022 | Open | Zoning Complaint | Building close to the property line. | 75 NIMROD CT |
| 202200092 | 11/17/2022 | Open | Property Maintenance Complaint | Yard Maintenance | 20 CATCHERS CT-VG |
| 202200091 | 11/7/2022 | Open | Property Maintenance Complaint | Washers and Dryers all in the yard next to the house | 30 FARMER BROWN CT-VG |
| 202200090 | 11/7/2022 | Open | Property Maintenance Complaint | Junk and Debris all over the property | 99 GARDENER DR-VG |
| 202200089 | 11/1/2022 | Closed | Property Maintenance Complaint | Junk/trash | 120 SHAWN LN-EKRON |
| 202200088 | 11/1/2022 | Open | Property Maintenance/Zoning | building on property line/ | 540 VINSON RD-B'BURG |

| | | | | Complaint | living in camper | |
|---|---|---|---|---|---|---|
| 202200087 | 10/27/2022 | Open | | Property Maintenance Complaint | Construction trash blowing around and not picked up. | 300 Jordon Ave |
| 202200086 | 10/26/2022 | Open | | Property Maintenance Complaint | Property full off junked cars | 70 OLD OAK DR-VG |
| 202200085 | 10/14/2022 | Open | | Property Maintenance Complaint | Junkyard at residence with several junk cars | 1000 MILAN RD |
| 202200084 | 10/12/2022 | Open | | Property Maintenance/Zoning Complaint | building on property without permit | WARREN DR/MORRIS CT-VG |
| 202200083 | 5/17/2022 | Open | | Property Maintenance Complaint | Abandon property/ property grown up | 13724 RINEYVILLE RD-VG |
| 202200082 | 10/11/2022 | Closed | | Property Maintenance/Zoning Complaint | New campers/ RVs on Property | 394 CHESTER LN-B'BURG |
| 202200081 | 10/10/2022 | Open | | Property Maintenance/Zoning Complaint | New Camper/ RV on Property | 325 KIRCHDORFER LN-B'BURG |
| 202200080 | 10/11/2022 | Closed | | Property Maintenance Complaint | Junk Cars and Debris on the property | 2355 RABBIT RUN RD-VG |
| 202200079 | 10/7/2022 | Closed | | Property Maintenance/Zoning Complaint | Does not have proper permit | 1600 SANDRIDGE RD-B'BURG |
| 202200078 | 9/27/2022 | Closed | | Property Maintenance Complaint | appliances and junk in a sink hole | 1360 FORT AVE-VG |
| 202200077 | 10/3/2022 | Closed | | Property Maintenance Complaint | | 1119 STANLEY ALLEN DR |
| 202200075 | 9/28/2022 | Open | | Property Maintenance Complaint | | 445 BERRYMAN RD |
| 202200074 | 9/26/2022 | Closed | | Property Maintenance Complaint | Junk in yard/pond. Pond overflows on road when it rains | 180 GARDENER DR-VG |
| 202200073 | 9/14/2022 | Closed | | Zoning Complaint | Multiple accessory buildings with people living in them. No permits for accessory buildings. Address for concern is 155 Whispering Court | 155 WHISPERING CT-485-368 |
| 202200072 | 5/5/2022 | Open | | Property Maintenance Complaint | Property Maintenance Complaint | 1555 CHRISTIAN CHURCH RD-B'BURG |
| 202200071 | 5/5/2022 | Closed | | Property Maintenance | Junk/Trash | 2345 ROCK RIDGE RD |

| | | | Complaint | | |
|---|---|---|---|---|---|
| 202200070 | 5/5/2022 | Open | Zoning Complaint | Campers | 160 JOHNNIE PACK RD-B'BURG |
| 202200069 | 4/28/2022 | Open | Zoning Complaint | Building without permit | 175 GUMWELL RD |
| 202200068 | 4/28/2022 | Closed | Zoning Complaint | | 395 GUMWELL RD |
| 202200067 | 4/25/2022 | Open | Zoning Complaint | Junk/Trash | 645 STANLEY ALLEN DR |
| 202200065 | 4/25/2022 | Open | Zoning Complaint | No Building Permit | 7227 MIDWAY RD |
| 202200064 | 4/25/2022 | Closed | Property Maintenance Complaint | Junk/Trash | 2515 FRED FACKLER RD |
| 202200063 | 4/25/2022 | Closed | Property Maintenance Complaint | Junk/Trash | 195 BUCKLER AVE |
| 202200062 | 4/25/2022 | Open | Property Maintenance Complaint | Junk/Trash | 90 JANETS DR |
| 202200061 | 4/25/2022 | Open | Zoning Complaint | Trailer moved in without permit | 2470 MOLLY BROWN RD |
| 202200060 | 4/22/2022 | Closed | Property Maintenance Complaint | Unkept Yard | 496 WHELAN RD |
| 202200059 | 3/25/2022 | Open | Property Maintenance/Zoning Complaint | Illegal Activity/Campers | 47 RIDGE CT |
| 202200058 | 3/14/2022 | Open | Property Maintenance Complaint | Trash, Junk, Spills across the street onto her yard at 95 Otterview Ct. | 100 OTTER VIEW CT |
| 202200057 | 2/25/2022 | Closed | Other Complaint | Failure to make a Road to County standards | STEWART DITTO RD |
| 202200056 | 2/22/2022 | Open | Property Maintenance Complaint | Abandoned Property | 4410 OLD MILL RD |
| 202200055 | 2/10/2022 | Closed | Zoning Complaint | Resident living in bus | 25 CIRCLE K RD |
| 202200054 | 2/10/2022 | Closed | Zoning Complaint | Sign Placement | 7785 HWY 60 |
| 202200053 | 2/10/2022 | Open | Property Maintenance Complaint | High grass and weeds | 3440 HWY 79 |
| 202200052 | 2/1/2022 | Closed | Property Maintenance Complaint | Abandoned Property | 275 CREEK VIEW CT |

**Page: 1 of 3**

#2

**Criminally Charged**

1. Thomas Benham- 445 Barryman Rd
2. David & Theresa Padgett- 325 Kirchdorfer Ln
3. Janice Owens- 300 Otter Ridge

#3

# Meade County Planning and Zoning
516 Hillcrest Drive, Brandenburg, Kentucky 40108
PHONE: 270-422-4676    FAX: 270-422-4845

NOTICE OF ZONING COMPLAINT

October 18, 2022

David & Teresa Padgett
325 Kirchdorfer Ln
Brandenburg, KY 40108

Dear Mr. & Mrs. Padgett:

This is to advise you that a complaint has been received regarding the property located on map 093-00-00-081, 325 Kirchdorfer Ln, Brandenburg, KY. Specifically, that there has been RVs on the property without a permit.

The Meade County Zoning Ordinance prohibits anyone that does not have a permit to operate an RV park, nor can they have RVs on property that were not approved. In order to have RVs on your property, you must first obtain a conditional use permit and the approval from the Board of Adjustment.

We do not have a conditional use permit on file for the RV park at 325 Kirchdorfer Ln, therefore we are requiring that the RVs be moved off property within 20 days.

Sincerely:

Andrew Martin
Meade County Planning and Zoning
516 Hillcrest Dr. Suite 13
Brandenburg, Ky. 40108
(270)422-4676

