COMMONWEALTH OF KENTUCKY
MEADE DISTRICT COURT
CASE NO. 23-M-00023

COMMONWEALTH OF KENTUCKY                                  PLAINTIFF

VS.                  **COMMONWEALTH'S RESPONSE TO**
                     **DEFENDANT'S MOTON TO DISMISS**

THERESA PADGETT                                                  DEFENDANT

************************************

       The Commonwealth disagrees that the County Violated the Equal Protection Clause of the Federal and Kentucky Constitutions. The County receives complaints regarding zoning violations and the Padgett's and their family are not the only people that have been investigated. It appears that they are some of a select few where Court was necessary. Others have resolved their complaints with Planning and Zoning. Many times, conversations with Planning and Zoning lead to compliance and further action by the County and the Commonwealth is not required.

       Further, the County Attorney's office only gets involved when complaints in need of action are brought to its attention. The Meade County Attorney does not represent Planning and Zoning. Since this County Attorney has been in Office (January 1, 2023) the complaint regarding the Padgett's is the only one provided by Planning and Zoning. The County Attorney has not made a decision to decline prosecution on any others. This County Attorney has no personal nor professional agendas regarding the Padgett's. This County Attorney is only familiar with Mrs. Padgett due to her being a custodian in a confidential case, and feels like there is a cordial relationship.

       Planning and Zoning has the ability per KRS 100.203 to regulate mobile homes; recreational vehicles, or RVs, fall under this umbrella. Further, per KRS 100.204 the County has

the ability to ensure the health and safety of its citizens. Due to a recent steel plant being erected in Meade County, Planning and Zoning has had to get involved in regulating RVs to an unprecedented level. The County has to ensure that these situations do not pose a sewage issue, for one.

The Commonwealth concedes that there appears to be some deficits regarding the procedures in this case. Defense counsel has brought these to its attention. As stated, the complaint on further review appears deficient. The Padgett's should have had an opportunity to exhaust their administrative remedies and this County Attorney was unaware that this was not provided. Per our discussions; this was not purposeful by Planning and Zoning either.

The Commonwealth disagrees that the Agricultural Supremacy Clause applies in this Case. Just because the Padgett's utilizes their land for agricultural purposes does mean they have carte blanche, so to speak, to do whatever they please. Per KRS 413.072 agritourism is not a defined agricultural use. Contrary to Defense counsel's argument, the County is not regulating farming.

In conclusion, the Commonwealth is moving to dismiss the case against the Padgett's, not because they did not violate the Meade County Zoning Ordinance, and therefore, the law, but because they were not provided proper process.

Respectfully,

_____
Sidney Durham
Meade County Attorney
520 Hillcrest Drive, Suite 200
Brandenburg, Kentucky 40108
(270) 422-4848
sidneydurham@bbtel.com

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing Response was on this 10th day of June, 2023, sent via e-mail to Hon. Zachary J. Smith, zjsmithlaw@protonmail.com and via regular USPS mail to P.O. Box 75310, Fort Thomas, Kentucky 41075.

_____
SIDNEY DURHAM
Meade County Attorney